**STATE v. GREEN**

[350 N.C. 59 (1999)]

STATE OF NORTH CAROLINA v. DANIEL ANDRE GREEN, a.k.a. AS-SADDIQ
AL-AMIN SALLAM U'ALLAH

No. 256A98

(Filed 5 February 1999)

Appeal by defendant pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 129 N.C. App. 539, 500 S.E.2d 452 (1998), finding no prejudicial error in a judgment entered by Weeks, J., on 12 March 1996, in Superior Court, Robeson County. Heard in the Supreme Court 11 January 1999.

*Michael F. Easley, Attorney General, by Gail E. Weis, Assistant Attorney General, and William P. Hart, Special Deputy Attorney General, for the State.*

*Malcolm Ray Hunter, Jr., Appellate Defender, by Janine Crawley Fodor, Assistant Appellate Defender, for defendant-appellant.*

PER CURIAM.

AFFIRMED.